# United States Bankruptcy Court
## for the Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Marcel D. Washington | ) | Case No.  10 B 19537 |
| | ) | Judge  Eugene R. Wedoff |
| Debtor(s) | ) | |

# ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on April 30, 2010, (as modified by the amendment filed on __6-29-10__ ) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C §§541 and 1306, shall continue to be property of the estate following confirmation.

Dated: __1 JUL 2010__

_____
Eugene R. Wedoff
US Bankruptcy Judge

Non-binding Plan Summary:

| Monthly Payment | Term | Estimated UNS % |
|---|---|---|
| $300.00 | 36 | 10% |

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500
(312) 431-1300