Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 10−19537
Chapter: 13
Judge: Eugene R. Wedoff

In Re:
   Marcel D Washington
   3243 W. Flournoy 2nd Floor
   Chicago, IL 60624

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1807

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 13, 2011

FOR THE COURT

Dated: January 14, 2011

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mcamacho              Page 1 of 2                   Date Rcvd: Jan 14, 2011
Case: 10-19537                 Form ID: ntcdsm             Total Noticed: 30


The following entities were noticed by first class mail on Jan 16, 2011.
db           +Marcel D Washington,    3243 W. Flournoy 2nd Floor,    Chicago, IL 60624-3713
aty          +Aaron M Weinberg,    Robert J. Semrad and Associates,    20 S. Clark St.,    28th Floor,
               Chicago, IL 60603-1811
aty          +Patrick J. Semrad,    Robert J Semrad and Associates,    20 S Clark St,    Ste. 2800,
               Chicago, IL 60603-1811
15503775    ++ALLIANT CREDIT UNION,    BANKRUPTCY DEPARTMENT,    11545 W TOUHY AVE,    CHICAGO IL 60666-5000
              (address filed with court: Alliant Credit Union,     11545 W Touhy Ave,    Chicago, IL 60666)
15503774     +Advancd Call,    3035 Boones Creek,    Johnson City, TN 37615-4663
15503776     +Arkansas Office of Child Support En,    400 E. Capitol,    P.O. Box 8057,
               Little Rock, AR 72203-8057
15503777     +Barnes Auto,    2125 N Cicero,    Chicago, IL 60639-3309
15503778     +City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
15567090     +City of Chicago Department of Revenue c/o,    Arnold Scott Harris PC.,
               222 Merchandise Mart Plaza #1932,    Chicago,IL 60654-1420
15503781     +First Revenue,    4500 Cherry Creek Dr South,    Denver, CO 80246-1518
15503782     +Greater Suburban Acceptance,    c/o Freedman, Anselmo Linderg Rappe,    PO Box 3216,
               Naperville, IL 60566-7216
15503788    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: State of Illinois,    P.O.Box 19043,    Dept of Revenue,
               Springfield, IL 62794)
15503783     +Illinois Department of Employment S,    Benefits Repayments,    PO Box 19286,
               Springfield, IL 62794-9286
15967642     +Illinois Department of Employment Security,    Illinois Attorney General's Office,
               33 S. State Street, Suite 992,    Chicago, IL 60603-2804
16333009      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
15784155      Illinois Dept of Healthcare & Family,    PO Box 19405,    Springfield, IL 62763-0001
15985342     +Jefferson Capital Systems LLC,    Purchased From FV-1 INC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: SPRINT SERVICES
15985324     +MOST FUNDING II LLC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: AT&T MIDWEST
15503785     +Meta Bank-loc,    5501 S. Broadband,    Sioux Falls, SD 57108-2253
15784156     +Nasha Vaughn,    c/o Il Dept of Health and Family,    PO Box 19045,    Springfield, IL 62794-9045
15637962     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
15731008     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o MCI Communications Services, Inc,    POB 41067,    Norfolk VA 23541-1067
15503787     +Ssc Coll Bur,    189 Roger St,    Blairsville, GA 30512-8508
The following entities were noticed by electronic transmission on Jan 14, 2011.
tr           +E-mail/Text: courtnotices@chi13.com                            Marilyn O Marshall,
               224 South Michigan Ste 800,    Chicago, IL 60604-2503
15883307     +EDI: ACCE.COM Jan 14 2011 19:53:00      Asset Acceptance LLC / Assignee / SBC,    Po Box 2036,
               Warren MI 48090-2036
15503779     +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
               Attn: Bankruptcy Department,    2100 Swift Drive,    Oak Brook, IL 60523-1559
15503780     +EDI: CREDPROT.COM Jan 14 2011 19:53:00      Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,
               Dallas, TX 75380-2068
15503784      EDI: IRS.COM Jan 14 2011 19:53:00      IRS,    Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114
15731008     +EDI: PRA.COM Jan 14 2011 19:53:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    c/o MCI Communications Services, Inc,    POB 41067,
               Norfolk VA 23541-1067
15750741      EDI: NEXTEL.COM Jan 14 2011 19:53:00      Sprint Nextel Correspondence,    Attn Bankruptcy Dept,
               PO Box 7949,    Overland Park KS 66207-0949
15750742      EDI: NEXTEL.COM Jan 14 2011 19:53:00      Sprint Nextel Distribution,    Attn: Bankruptcy Dept,
               P.O. Box 3326,    Englewood, CO 80155-3326
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15503786      Peoples Gas,   Must call local office or 877-832-6747
aty*         +Marilyn O Marshall,    224 South Michigan Ste 800,    Chicago, IL 60604-2503
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: mcamacho            Page 2 of 2              Date Rcvd: Jan 14, 2011
Case: 10-19537                 Form ID: ntcdsm           Total Noticed: 30

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2011**                    **Signature:**    *Joseph Speetjens*